**Carolyn E. O'CONNOR, Plaintiff—Appellant,**

v.

**AAMCO/CINNAT, INCORPORATED; Commonwealth of Massachusetts, Defendants—Appellees.**

No. 06–1822.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2006.

Decided: Nov. 28, 2006.

Carolyn E. O'Connor, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carolyn E. O'Connor appeals the district court's order dismissing as frivolous her civil action. We have reviewed the record and find no reversible error. Accordingly, we deny O'Connor's motion for leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *See O'Connor v. AAMCO/Cinnat, Inc.,* No. 3:06–cv–00328–REP (E.D. Va. filed June 5, 2006 & entered June 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*